IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROHIT BIOCHEM PVT. LTD, et al.,

    Plaintiffs,        No. CIV S-07-1575 FCD GGH

  v.

ARYA GROUP, INC., et al.,

                       ORDER

    Defendants.
_____/

        Plaintiffs' motion for entry of default judgment against defendants is presently before the court. Although plaintiffs' motion includes a request for attorneys' fees and costs, plaintiffs have not requested a sum certain and have not submitted evidentiary support for this request.

        Accordingly, IT IS ORDERED that within fifteen days of this order, plaintiffs submit a declaration by counsel in support of their requested attorneys' fees and costs.

DATED: May 18, 2009

                                    /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:076/Rohit1575.dec.wpd