IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROHIT BIOCHEM PVT. LTD., et al.,

     Plaintiff,                               CIV-S-07-1575 FCD GGH

     vs.

ARYA GROUP, INC., et al.,

     Defendants.                         ORDER

_____/

        On June 10, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

\\\\\

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed June 10, 2009, are ADOPTED;

2. Plaintiffs' February 24, 2009 motion for default judgment is granted on the terms set forth below;

3. Plaintiffs are awarded damages in the amount of $100,000;

4. Plaintiffs are awarded fees and costs in the amount of $4,819.91; and

5. Plaintiffs are awarded interest at a rate determined by the guidelines set forth in 28 U.S.C. § 1961 after judgment until paid.

DATED: July 27, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE