UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Rohit Biochem Pvt. Ltd. et al.,**

   v.

**ARYA Group, Inc., et al.,**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-07-1575 FCD GGH

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

      **Arya Group, Inc. And Rayan Laxmanan**

July 28, 2009

      VICTORIA C. MINOR, CLERK

      By:  /s/     A. Benson
      A. Benson, Deputy Clerk