UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**ROHIT BIOCHEM PVT. LTD., et. al.**

      **Plaintiffs,**

  **v.**

**ARYA GROUP, INC., et. al.,**

      **Defendants.**

_____

**AMENDED DEFAULT JUDGMENT**

**Case No. CIV.S-07-1575 FCD GGH**

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

      **THE ARYA GROUP, and RAYAN LAYMANAN**

November 13, 2009

      VICTORIA C. MINOR, CLERK

      By: /s/  M. Krueger
           M. Krueger, Deputy Clerk