# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" STREET
### SACRAMENTO, CA  95814

**ROHIT BIOCHEM PVT. LTD, et. al.**

        **Plaintiffs,**              **AMENDED DEFAULT JUDGMENT**

       **v.**                   **Case No. CIV. S-07-1575 FCD GGH**

**ARYA GROUP, INC., et. al.,**

        **Defendants.**
_____

**IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendants:

### THE ARYA GROUP and RAYAN LAXMANAN

February 9, 2010

                          VICTORIA C. MINOR, CLERK


                      By:  /s/ Michele Krueger_____
                          M. Krueger, Deputy Clerk